UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE,<br><br>        Plaintiff,<br><br>v.<br><br>DANNY NGUYEN, et al.,<br><br>        Defendants. | Case No. 4:19-cv-02335-KAW<br><br>**ORDER TO FILE DISMISSAL WITHIN 60 DAYS**<br><br>Re: Dkt. No. 14 |

      On August 9, 2019, Plaintiff filed a notice of settlement. Accordingly, Plaintiff shall file a dismissal within 60 days of this order, absent any extension ordered by the Court.

      IT IS SO ORDERED.

Dated: August 15, 2019

                                                  */s/ Kandis Westmore*<br>
KANDIS A. WESTMORE<br>
United States Magistrate Judge